[No. 44292-9-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. BECKWITH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01596-3, George N. Bowden, J., entered March 8, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45298-3-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON HIROSHI SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-8-01605-1, Carlos Y. Velategui, J. Pro Tem., entered July 29, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46051-0-I. Division One. June 19, 2000.]

NELBRO PACKING COMPANY, *Respondent*, v. BAYPACK FISHERIES, L.L.C., *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No: 98-2-29791-3, Richard A. Jones, J., entered January 25, 2000. *Reversed* by unpublished per curiam opinion. Now published at 101 Wn. App. 517.

[Nos. 44267-8-I; 44761-1-I; 44882-0-I. Division One. June 19, 2000.]

A&M INS., INC., *Respondent*, v. COMPASS SOFTWARE, INC., ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 94-2-06686-2, Jim Bates Jr., J., entered January 29, 1999. *Reversed* by unpublished opinion per Cox, J., concurred in by Webster and Kennedy, JJ.